9926.  BROOKE *v.* CARTERSVILLE CHERO-COLA BOTTLING CO.

WADE, C. J.  This was a suit against a corporation for the recovery of commissions, based upon an alleged oral agreement, by the terms of which the general manager of the corporation agreed to pay the plain-

tiff, as a real-estate broker, for his services in selling its entire plant. The evidence adduced on the trial failed to show that the manager had ever been authorized by the corporation to make a sale of its stock or of its entire physical property, or that the corporation subsequently ratified the unauthorized act of its manager in agreeing to pay plaintiff for effecting the sale of the property. *Ware* v. *Atlanta Coffee Mills Co.*, 16 *Ga. App.* 749, 750 (86 S. E. 47); *Nunez Gin & Warehouse Co.* v. *Moore*, 10 *Ga. App.* 350 (73 S. E. 432); *Swindell* v. *Bainbridge State Bank*, 3 *Ga. App.* 364, 370, 371 (60 S. E. 13); *Trust Co. of Georgia* v. *Wallace*, 143 *Ga.* 214 (3) (84 S. E. 538); *Ludden & Bates Music House* v. *McDonald*, 117 *Ga.* 60 (43 S. E. 425). The evidence demanded a verdict in favor of the defendant, and the trial judge did not err in directing such a verdict.

Judgment affirmed. *Jenkins and Luke, JJ., concur.*

DECIDED APRIL 23, 1919. REHEARING DENIED MAY 13, 1919.

Complaint; from Bibb superior court—Judge Mathews. May 25, 1918.

*Napier & Maynard, R. L. Berner,* for plaintiff.
*Hall & Grice,* contra.